UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL DOWELL, JR. (01), )<br>)<br>Defendant. ) | Cause No. 2:11-cr-00012-JMS-CMM |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt. [99] recommending that Michael Dowell, Jr.'s supervised release be modified, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt. [99]. The Court finds that Mr. Dowell, Jr. committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [89]. The Court dismisses Violation Numbers 2 and 3 of the Petition at dkt [89]. The Court now orders that the defendant to be sentenced to 40 hours of community service to be completed within six months and to continue with the previously ordered conditions of release imposed at docket [82] and set forth below.

1) You shall not leave the federal judicial district without the permission of the court or probation officer.

2) You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) You support dependents and meet other family responsibilities.

5) You shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) You shall notify the probation officer at least ten days prior to any change in residence or employment.

7) You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) You shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) You shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14). You shall provide the probation officer access to any requested financial information.

15). You defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

16). You shall participate in a substance abuse treatment program at the direction of the probation officer, which may include no more than eight drug tests per month. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program. The defendant is responsible for paying a portion of the fees of substance abuse testing and/or treatment.

17). You shall submit to the search (with the assistance of other law enforcement as necessary) of his person, vehicle, office/business, residence and property, including computer systems and peripheral devices. The defendant shall submit to the seizure of contraband found. The defendant shall warn other occupants the premises may be subject to searches.

18). You shall not knowingly reside in a dwelling or occupy a motor vehicle in which any firearms are present.

The Court commends Mr. Dowell for his efforts at rehabilitation.

Date: 11/9/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
Electronic Notice to USM-C
Electronic Notice to USPO